NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
COUNTY OF ALAMEDA; JEFFREY EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAAM SWEIHA,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; JEFFREY EDWARDS in his individual and official capacity as a deputy for the ALAMEDA Sheriff's Department; RUSSEL ARMSTRONG in his individual and official capacity as a deputy for the ALAMEDA Sheriff's Department; ROBERT GARRIGAN in his individual and official capacity as a deputy for the ALAMEDA Sheriff's Department; PAYAM SHANNON in his individual and official capacity as a deputy for the ALAMEDA Sheriff's Department; ERICH MARAPAO in his individual and official capacity as a deputy for the ALAMEDA Sheriff's Department; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. C19-03098 LB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Second Amended Complaint, the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION, WITH
PREJUDICE – C19-03098 LB

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 27, 2021                    POINTER & BUELNA, LLP

                                            //s/ Patrick Buelna
                                            PATRICK M. BUELNA
                                            COUNSEL FOR PLAINTIFF

Dated:  August 27, 2021                    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

                                     By:   /s/ Blechman, Noah G.
                                            Noah G. Blechman
                                            Randolph S. Hom
                                            Attorneys for Defendants
                                            COUNTY OF ALAMEDA; JEFFREY EDWARDS

## **ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal. All further dates and deadline set in this matter are vacated.

IT IS SO ORDERED

DATED:  August 27, 2021                    By: _____
                                                                   Hon. Laurel Beeler
                                                                   Magistrate Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330